**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| MARY L. COSSEY ) | |
| ) | CASE NO.  13-24460 KL |
| **Debtor** ) | |

## MOTION TO REOPEN CASE

Comes now Paul R. Chael, Standing Chapter 13 Trustee herein, and moves the Court pursuant to 11 U.S.C. §350(b) to reopen the case for further administration, and in support thereof alleges states as follows:

1. This case was filed on December 26, 2013 and confirmed on about March 9, 2016.

2. The case was subsequently discharged on January 15, 2019.

3. Recently certain information has been provided to the Trustee which allegations include, but are not limited to, Debtor's income was understated during the administration of her Chapter 13 case and certain assets were not disclosed.

4. Should the case be reopened, the Trustee intends on filing an Adversarial Complaint requesting the Court to revoke the discharge of the Debtor based on the newly discovered evidence.

5. Undersigned counsel believes that the one year deadline to set aside a discharge as outlined in 11 U.S.C. 1328(e) may be overcome by the doctrine of equitable tolling for concealment/fraud.

**WHEREFORE**, Trustee prays for an Order reopening the case for further administration, and for all other just and appropriate relief in the premises.

>/s/ Amy J. Godshalk
>Attorney for Paul R. Chael
>Standing Chapter 13 Trustee
>Indiana Attorney #16806-64

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020 service of a true and complete copy of the above and foregoing pleading or paper is being made through the Court's ECF system upon the following:

U.S. Trustee - ustpregion10.soecf@usdoj.gov.com
David Dabertin – dabertin@netnitco.net
Jennifer R. Fitzwater – jfitzwater@indylegal.com
David M. Johnson – bankruptcy@doylefoutty.com
William M. Jonelis – jonelis_mapother@hotmail.com
Phillip A. Norman – pnorman@mlg-defaultlaw.com

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.
Debtor – Mary L. Cossey, 1638 Cricket Court, Munster, IN 46321

>/s/ Michelle J. Sersic
>Legal Assistant to Paul R. Chael, Chapter 13 Trustee
>401 West 84th Drive, Ste. C
>Merrillville, IN 46410
>(219) 650-4015